[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1541

WILLIAM H. MOORE,

Plaintiff, Appellant,

v.

COUNTY OF WORCESTER, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Edward F. Harrington, U.S. District Judge]



Before

Torruella, Chief Judge,
Boudin and Stahl, Circuit Judges.



William H. Moore on brief pro se.
Edward P. Ryan, Jr. and  O'Connor & Ryan, P.C. on brief for appellee
Worcester County.
Scott Harshbarger , Attorney General, and  Ellyn H. Lazar , Assistant
Attorney General, on brief for appellees District Attorney John Conte
and Assistant District Attorney Joseph Lostracco.



September 29, 1997


Per Curiam. The filled-in form plaintiff contends

he returned to the court does not appear in the district court

record. Consequently, the district court did not err or abuse

its discretion in assessing a filing fee or denying plaintiff's

motion to vacate. 

The case was properly dismissed under 28 U.S.C. S

1915(e)(2)(B). 

Affirmed.

-2-